IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM H. JONES, II, <br><br> Plaintiff, <br><br> v. <br><br> ZANDER GROUP HOLDINGS, INC, ZANDER GROUP HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, ZANDER GROUP HOLDINGS, INC. 401(K) PLAN, JEFFREY J. ZANDER, JJZ INSURANCE AGENCY PARTNERSHIP, ZANDER INSURANCE AGENCY, JOSHUA VOLLET, SHERVIN EFTEKHARI, ELIZABETH COLLINS, STEVEN JAMES, JOHN DOES 1-8, and JOHN DOES 4-8, <br><br> Defendants. | 8:24CV428 <br><br> ORDER OF RECUSAL <br> REQUEST FOR REASSIGNMENT |

This matter is before the court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 5th day of November 2024.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge