## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM H. JONES, II, "Chip"; <br><br> Plaintiff, <br><br> vs. <br><br> ZANDER GROUP HOLDINGS, et al., <br><br> Defendants. | 8:24CV428 <br><br> ORDER TO SHOW CAUSE |

      The records of the Court show that on November 5, 2024, letters (Filing No. 5 and Filing No. 8) were sent to the following attorneys from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Mark A. Stamelos**
FordHarrison, LLP
150 3rd Avenue South, Suite 2010
Nashville, TN 67201

**Shaun A. Gates**
Groom Law Group
1701 Pennsylvania Ave., N.W., Suite 1200
Washington, DC 20006

      **IT IS ORDERED** that on or before January 3, 2025, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Mark E. Stamelos and/or Shaun A. Gates being removed as counsel of record.

      Dated this 16th day of December, 2024.

      BY THE COURT:

      s/Michael D. Nelson
      United States Magistrate Judge