# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM H. JONES, II, "Chip";<br><br>Plaintiff,<br><br>vs.<br><br>ZANDER GROUP HOLDINGS, et al.,<br><br>Defendants. | 8:24CV428<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 34) is granted and Shaun A. Gates and Mark A. Stamelos are deemed withdrawn as counsel of record for Defendants in this case and the show cause deadline is terminated. The Clerk of Court shall terminate electronic notice to Shaun A. Gates and Mark A. Stamelos in this case.

Dated this 17th day of December, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge